```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


ANGELO GONZALEZ                                CIVIL ACTION

VERSUS                                         NO.  13-34

LT. RONNIE SEAL, LT. B. SMITH,                 SECTION:  J (4)
CSM BROOK, CSM TYNES, and
JONATHAN D.
```

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge **(Rec. Doc. 17)**, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby **APPROVES** the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly,

**IT IS ORDERED** that Plaintiff Gonzalez's *Motion to Supplement* **(Rec. Doc. 16)** is **GRANTED** to allow him to include the additional claims of excessive force, denial of adequate medical care, failure to protect, and denial of due process, as outlined in the *Report and Recommendation*, and to include as additional defendants: Lieutenant Darrell Peters, CSM Larry Weary, EMT Bruce Forbes, Captain Mike Harrell, Warden Robert C. Tanner, Assistant Warden

Jerry P. Miller, Assistant Warden Ronald Branch, Deputy Warden Keith Bickham, Chief Jeffery Travis, and Louisiana Department of Corrections Secretary James M. LeBlanc.

**IT IS FURTHER ORDERED** that the Clerk of Court shall file and docket a copy of **Rec. Doc. 16** into the record as a *Supplemental Complaint* and, pursuant to 28 U.S.C. § 1915(d) and Federal Rule of Civil Procedure 4(c)(2), to cause service of the *Supplemental Complaint* upon the original defendants, Seal, Smith, Brooks, and Tynes. The Clerk of Court shall also cause service of the original *Complaint* **(Rec. Doc. 1)** and the *Supplemental Complaint* **(Rec. Doc. 16)** upon the newly added defendants.

**IT IS FURTHER ORDERED** that the defendants' *Motion to Dismiss Based on Qualified Immunity* **(Rec. Doc. 15)** is **GRANTED IN PART** and that the following claims of Plaintiff Gonzalez are **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief can be granted:

> (1) the § 1983 claim of excessive force against Lieutenant Smith,
>
> (2) the retaliation claim against Captain Seal and Lieutenant Smith, and
>
> (3) the claim for denial of access to the courts against Captain Seal.

**IT IS FURTHER ORDERED** that the defendants' *Motion to Dismiss Based on Qualified Immunity* **(Rec. Doc. 15)** is **DENIED IN PART** to the extent that it seeks dismissal of Plaintiff Gonzalez's § 1983

claims of excessive force against Captain Seal, CSM Brooks, and CSM Tynes.

New Orleans, Louisiana, this 2nd day of December, 2013.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE