```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF LOUISIANA


ANGELO GONZALEZ                                 CIVIL ACTION

VERSUS                                          NO.  13-34

LT. RONNIE SEAL, LT. B. SMITH,                  SECTION: J (4)
CSM BROOK, CSM TYNES, and
JONATHAN D.
```

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the *Report and Recommendation* of the United States Magistrate Judge **(Rec. Doc. 54)**, and Plaintiff's *Objections* **(Rec. Doc. 55)**, hereby **APPROVES** the *Report and Recommendation* of the United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's objections are **OVERRULED.**

**IT IS FURTHER ORDERED** that Plaintiff's claims against Defendants EMT Bruce Forbes, Warden Robert Tanner, Major Michael Harrell, Operations Chief Jeffrey Travis, Secretary James LeBlanc, Deputy Warden Keith Bickham, Captain Ronnie Seal, Corrections Sergeant Master Douglas Brooks, Corrections Sergeant Master Jonathan Tynes, and Corrections Sergeant Master Larry Weary are **DISMISSED WITH PREJUDICE** as frivolous for failing to state a cognizable claim upon which relief may be granted, or else for

prescription under 42 U.S.C. § 1983.

**IT IS FURTHER ORDERED** that Defendants' *Motion to Dismiss Defendants Based on Qualified Immunity* **(Rec. Doc. 23)** and Defendants' *Motion to Dismiss Parties Based on Prescription* **(Rec. Doc. 24)** are hereby **DENIED AS MOOT.**

New Orleans, Louisiana, this 4th day of June, 2014.

                                                _____
                                                CARL J. BARBIER
                                                UNITED STATES DISTRICT JUDGE