UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANGELO GONZALEZ | CIVIL ACTION |
| VERSUS | NO. 13-34 |
| RONNIE SEAL, ET AL. | SECTION: J (4) |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge **(Rec. Doc. 83)**, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby **APPROVES** the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that Plaintiff's claims against Defendants, Darrell Peters and Ronald Branch, are hereby **DISMISSED WITH PREJUDICE** for failure to serve pursuant to Fed. R. Civ. P. 4(m) and for failure to prosecute under Fed. R. Civ. P. 41(b).

New Orleans, Louisiana, this 9th day of May, 2018.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE