UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANGELO A. GONZALES | CIVIL ACTION |
| VERSUS | NO. 13-0034 |
| LT. RONNIE SEAL, LT. B. V. SMITH, CSM BROOK, CSM TYNES, JONATHAN A. | SECTION "J"(4) |

# O R D E R

The Court, having considered the record, the applicable law, the Partial Report and Recommendation of the Chief United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Chief Magistrate Judge's Partial Report and Recommendation, hereby approves the Partial Report and Recommendation of the Chief United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the *Motion to Dismiss Based on Qualified Immunity* (**Rec. Doc. 79**) filed by defendants EMT Bruce Forbes, Deputy Warden Keith Bickham, Assistant Warden Ronald Branch, CSM Larry Weary, and Lieutenant Darrell Peters is hereby **GRANTED in part** to **dismiss with prejudice** the plaintiff Antonio A. Gonzalez's 42 U.S.C. § 1983 medical indifference claim against EMT Forbes and excessive force through bystander liability claim against Deputy Warden Bickham under the doctrine of qualified immunity; **DENIED in part** as to Gonzalez's § 1983 excessive force through bystander liability claims against CSM Weary; and **DISMISSED as MOOT in part** as to Gonzalez's § 1983 excessive force through bystander liability claims against Lt. Peters and Assistant Warden Branch because the claims against these defendants were previously dismissed.

New Orleans, Louisiana, this 30th day of July, 2018.

_____
UNITED STATES DISTRICT JUDGE